# State Farm Insurance Companies



Centralized Total Loss Unit
2702 Ireland Grove Road
PO Box 2308
Bloomington, IL 61702-2308
Fax (888) 309-8608

August 26, 2008

Diane Morris
7821 W Belmont Ave Apt 2M
Elmwood Park, IL 60707-1059


RE:　Claim Number:　13-A320-238
　　　Date of Loss:　August 7, 2008
　　　Our Insured:　Diane Morris
　　　Vehicle:　　　 2004 Chevrolet Cavalier
　　　VIN:　　　　　 1G1JH12F947174644
　　　Mileage:　　　 19086

Dear Ms. Morris:

As discussed earlier, your policy provides for payment of the actual cash value of your vehicle, less any applicable deductible. Actual cash value is determined by the market value, age, and condition of your vehicle at the time the loss occurred.

To assist us in determining actual cash value, we consider information obtained by our representatives, information provided by you, vehicle valuation services and other sources. If now or later, you have additional information you wish us to consider or if you believe we have not correctly determined the actual cash value of your vehicle, please contact us at the number below.

The amount payable to you was determined as follows:

| | |
|---|---|
| Actual Cash Value | $9475.00 |
| Plus: Taxes | +758.00 |
| 　　　License and title fees | +80.00 |
| Gross Amount | $10313.00 |
| Less: Deductible | -250.00 |
| 　　　Payable to Lienholder (if applicable) | -1019.45 |
| Net amount payable to you | $9043.55 |


If you have questions concerning this total loss settlement or any other aspect of your claim, please do not hesitate to contact us.

Sincerely,

Diane Morris
Page 2
August 26, 2008


Patty Ferrill
Claim Representative
State Farm Mutual Automobile Insurance Company
1-(866) 338-6480
Team Extension 50




For your insurance and financial needs, please visit
statefarm.com(R)